JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBIE BEAL, | Case No. CV 18-0075-JFW (JPR) |
| Petitioner, | |
| v. | **J U D G M E N T** |
| ROBERT NEUSCHMID, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: January 16, 2019

JOHN F. WALTER
U.S. DISTRICT JUDGE